**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:21-cr-00050
     21 U.S.C. § 843(b)

**AUDREY MAE THOMPSON**

**I N F O R M A T I O N**
(Use of a Communication Facility to Facilitate a Drug Trafficking Offense)

The United States Attorney Charges:

On or about September 13, 2019 at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant AUDREY MAE THOMPSON knowingly and intentionally used as communication facility, that is, the United States Mail, in committing, causing, and facilitating the commission of an act constituting a felony in violation of 21 U.S.C. 841(a)(1), that is, distribution of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 843(b).

                    UNITED STATES OF AMERICA

                    LISA G. JOHNSTON
                    Acting United States Attorney

By:   _____
                    JOSHUA C. HANKS
                    Assistant United States Attorney